FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 14 2002
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BETTY McQUAY, JEFF GIBBS, YOLANDA SIMMONS, CATHERINE ECKELKAMP, DAN RAY, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN INTERNATIONAL GROUP, INC., AIG CLAIM SERVICES, INC. and DOES 1-5, <br><br> Defendants. | Case No.: 4-01-CV-00661 <br><br> Judge Wilson |

**DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO DISMISS**

Plaintiffs' Amended and Substituted Complaint ("Complaint") alleges violations of the overtime requirements of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §206. Count I seeks back pay and liquidated damages. Counts II-IV seek "equitable remedies in the form of declaratory relief [Count II], injunctive relief [Count IV] . . . and for an accounting [Count III]." See Complaint, ¶ 1. Yet, the FLSA does not permit those "equitable remedies" for violations of the overtime provisions, except in an action brought by the Secretary of Labor. Each of these Counts must be dismissed.

The FLSA explicitly limits remedies for violations of §206 (the overtime provision) to "unpaid overtime compensation . . . and . . . an additional equal amount as liquidated damages." 29 U.S.C. §216(b). See also Barrentine v. Arkansas-Best Freight Sys., 750 F.2d 47, 51 (8th Cir. 1984) ("Courts are in agreement that under this scheme an employee's action can be maintained *only* to recover **back wages** and **liquidated damages**") (emphasis added). Thus, for example, the Eighth Circuit held that employees may **not** seek injunctive relief for violations of §206. Id. (vacating an injunction because an employee can "not . . . obtain injunctive relief against future violations; only the Secretary [of Labor] is vested with the authority to seek an injunction").

Counts II-IV of Plaintiffs' Complaint should, accordingly, be dismissed.

*Kathlyn Graves* (signature)
Kathlyn Graves ABA #76045
WRIGHT, LINDSEY & JENNINGS
200 W. Capitol Avenue, Suite 2200
Little Rock, Arkansas 72201
(501) 376-9442

P. Kevin Connelly
James Oh
Connelly Sheehan Moran
150 South Wacker Ave., Suite 1600
Chicago, Illinois 60606
(312) 372-1969

Attorneys for American International
Group, Inc. and AIG Claim Services, Inc.

## CERTIFICATE OF SERVICE

I, Kathlyn Graves, hereby certify that I served via U.S. mail, a true and correct copy of Defendants' Brief in Support of its Motion to Dismiss on this 14th day of February 2002 upon the following:

>Robert A. Russell, Jr. ABA #90124
>ROBERTS, ROBERTS, & RUSSELL, P.A.
>200 Lyon Bldg.
>401 W. Capitol
>Little Rock, Arkansas 72201
>
>Tom P. Thrash ABA #80147
>THRASH LAW FIRM
>1101 Garland Street
>Little Rock, Arkansas 72201-1214
>
>John W. "Don" Barrett
>BARRETT LAW OFFICE
>P.O. Box 987
>Lexington, MS 39095
>
>Charles Barrett
>BARRETT LAW OFFICE
>3319 West End Avenue, Ste. 600
>Nashville, TN 37203
>
>Elizabeth Cabraser
>LIEFF, CABRASER, HEIMANN & BERNSTEIN
>Embarcadero Center West
>275 Battery Street, 30th Floor
>San Francisco, CA 94111

*/s/ Kathlyn Graves*