IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 28 2004

JAMES W. McCORMACK, CLERK
By: _____ DEP. CLERK

| | |
|---|---|
| BETTY MCQUAY, YOLONDA SIMMONS. CATHERINE ECKELKAMP, DAY RAY, LINDA HENRY, CHRISTY RUSSELL, KATHLEEN CONTORNO, AND YVETTE PUGH | PLAINTIFFS |
| v.                    No. 4-01-CV-00661 | |
| AMERICAN INTERNATIONAL GROUP, INC., AIG CLAIM SERVICES INC., And DOES 1-5 | DEFENDANTS |

ORDER

Pending is Defendants' Motion for Bill of Costs (Doc. No.73). Plaintiff has filed a Response and Objection (Docket No. 74). Defendants filed a Reply with Memorandum in Support (Doc. No. 75).

Defendants correctly state that under Fed. R. Civ. P. 54 there is a presumption in favor of awarding costs to the prevailing party.[1] Additionally, Defendants are correct that is extremely rare for all cost to be denied to the prevailing party.[2] Plaintiffs correctly point out that the court has discretion and is not required to award costs.[3]

I have reviewed the cost request carefully. The deposition fees appear to be in keeping with those expected in a collective action, and I reject the argument that the failure to use the deposition of Andy O'Brien in the summary judgment papers is sufficient to establish that it was unnecessary, as the deposition was noticed by the Plaintiffs. The cost award for fees of the court

---

[1] *Concord Boat Corp .v. Brunswick Corp.*, 309 F.3d 494, 497 (8th Cir. 2002).

[2] *Richmond v. Southwire Co.*, 980 F.2d 518, 520-521 (8th Cir. 1992).

[3] Id.

76

reporter and depositions is $4,600.55.

Defendants have requested $556.60 in copying costs. The request fails to state the amount per copy or to itemize what was copied. For that reason the request for copying is reduced by 50% to be $ 278.30.

The Plaintiff's have failed to meet the burden to establish that substantial financial hardship.[4] Defendant demonstrates that this is not a huge amount of money on a per Plaintiff basis, approximately $640 per Plaintiff if the entire request had been awarded.

The Defendants' Motion for an Award of Costs is **GRANTED**. An Award of costs is hereby made to Defendant as the prevailing party in the amount of $4,878.85.

IT IS SO ORDERED this 28th day of SEPTEMBER, 2004.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON_____ BY_____

---

[4] *McGill v. Faulkner*, 18 F.3d 456, 459 (7th Cir. 1994).

F I L E   C O P Y

bm

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

September 28, 2004

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re:   4:01-cv-00661.

True and correct copies of the attached were mailed by the clerk to the following:

　　Mary Elizabeth Deno, Esq.
　　Proskauer Rose, LLP
　　One Newark Center
　　Suite 1800
　　Newark, NJ   07102

　　Jennifer M. Cohen, Esq.
　　Proskauer Rose, LLP
　　One Newark Center
　　Suite 1800
　　Newark, NJ   07102

　　Edward Cerasia II, Esq.
　　Proskauer Rose, LLP
　　One Newark Center
　　Suite 1800
　　Newark, NJ   07102

　　Allen Fagin, Esq.
　　Proskauer Rose, LLP
　　1585 Broadway
　　New York, NY   10036-8299

　　James J. Oh, Esq.
　　Connelly Sheehan Moran
　　150 South Wacker Drive
　　Suite 1600
　　Chicago, IL   60606

　　P. Kevin Connelly, Esq.
　　Connelly Sheehan Moran
　　150 South Wacker Drive
　　Suite 1600
　　Chicago, IL   60606

Kathlyn Graves, Esq.
Wright, Lindsey & Jennings
200 West Capitol Avenue
Suite 2300
Little Rock, AR   72201-3699

Richard Lee Quintus, Esq.
Roberts Law Firm, P.A.
20 Rahling Circle
Post Office Box 241790
Little Rock, AR   72223-1790

Matthew C. Hutsell, Esq.
Roberts Law Firm, P.A.
20 Rahling Circle
Post Office Box 241790
Little Rock, AR   72223-1790

Michael L. Roberts, Esq.
Roberts Law Firm, P.A.
20 Rahling Circle
Post Office Box 241790
Little Rock, AR   72223-1790

Elizabeth Cabraser, Esq.
Lieff, Cabraser, Heimann & Bernstein
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA   94111

Thomas P. Thrash, Esq.
Attorney at Law
1101 Garland Street
Little Rock, AR   72201-1214

John W. "Don" Barrett, Esq.
Barrett Law Office
404 Court Square North
Post Office Box 987
Lexington, MS   39095-0987

Charles F. Barrett, Esq.
Barrett Law Office, P.A.
3319 West End Avenue
Suite 600
Nashville, TN   37203

press
post

Date: 9/29/04

James W. McCormack, Clerk

BY: _____